Your Name: Alaa soliman Abou AlHeiyal
Address: 1506 E Viking Rd Apt#2 LAs Vegas, NV
Phone Number: 702-2896-780
Fax Number: —
E-mail Address: alaa.alHeiyal
Pro Se Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Alaa Soliman Abou AlHeiyal

Plaintiff,

vs.

susan Jane swensen (D1)
Robert stoffel law Group (D2)
Mcfarling law Group (D3)
Nevada family court (D4)

Defendant.

Case Number: 2:25-cv-02352-GMN-MDC

**COMPLAINT**

FILED ✓ RECEIVED
ENTERED SERVED ON
COUNSEL/PARTIES OF RECORD
NOV 25 2025
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: Ammi DEPUTY

DEMAND FOR JURY TRIAL

Yes ☒ No ☐

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

1. My case belongs in federal court

☒ under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] Federal questions araised Due to The international Law involvement in This Matter.

☒ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

**VENUE**

[*Nevada is one "judicial district." Check the box for each venue option that applies.*]

2. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☒ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

**INTRADISTRICT ASSIGNMENT**

[*This District has two unofficial divisions. One is the "Northern Division" covering northern Nevada including Carson City, Churchill, Douglas, Elko, Eureka, Humboldt, Lander, Lyon, Mineral, Pershing, Storey, Washoe and Whitepine counties at the courthouse in Reno. One is the "Southern Division" covering southern Nevada including Clark, Esmeralda, Lincoln, and Nye counties at the courthouse in Las Vegas.*]

3. Because this lawsuit arose in LAS Vegas, NV County, it should be assigned to the Federal court of Nevada Division of this Court.

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Alaa soliman Abou AlHaiyal

Address: 1506 E Viking Rd Apt #2, LAS Vegas, NV

Telephone: 702-2896-780

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: Susan Jane Swensen, LAS Vegas, NV

Address: [*if Defendant is an individual do not list home address, just use county and state*]

Telephone: 702-766-5566

Defendant 2:

Name: Robert stoffel law Group, LAS Vegas, NV & Mcfarling law Group

Address: [if Defendant is an individual do not list home address, just use county and state]

Telephone: 702-766-5566 & 702-565-4335

Defendant 3:

Name: Nevada family court, LAS Vegas, NV

Address: [if Defendant is an individual do not list home address, just use county and state]

Telephone: 702-455-2590

## STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

(1) . international child trafficking

Trafficking of The child Evelena sophia Abou AlHeiyal from united Arab Emirates The Home land of The child to The state of Nevada without parental consent or custody order from united Arab Emirates

(2) . Enforced disappearance of a Minor child

The child Has been disappeared forcibly since has been Trafficked from united Arab Emirates in (2017)

(3) . fraud of state court

The Nevada family court proceeded fraud decree to enforce illegal & fraud Legal Identity for a minor child who is a foreign citizen by birth in order to enforced The child disappearance from his father

(4) . conspiracy between private entities and government officials

Nevada family court Proceeded fraud decree against the child's father and against the child without investigating any facts or intiating communications with the Parties or with US Dept of state by a request from fraudster attorney without any Proofs.

(5) . Deprivation of rights

Preventing the father from seeing his child or knowing weather his child is alife or dead through illegal & fraud protection and Anti obduction orders from Nevada family court.

(6) . illegal & fraud change for a minor child legal Identity

The child evelena sophia Abou AlHeiyal is a foreign citizen by birth her name and legal Identity has been changed through fraud decree from Nevada family court without any Proper legal ground or Proper investigation.

(7) . Exporting fraud decrees from Nevada family court to a foreign citizens abroad in the face of foreign government.

Nevada family court Proceed fraud decree (fraud divorce decree) on a Divorced couple relying on fraud misleading information from Defendant attorneys without any Proper legal ground or communication with the Parties or with the United states Department of state.

## CLAIMS

### First Claim

(Name the law or right violated: forcible Disappearance of Minor child & illegal Identity change.

(Name the defendants who violated it: all The Defendant including nevada family court.

[*Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

. forcible Disappearance of a Minor child

(please refer to The statement of facts)

. Trafficking victims (22 U.S.C. § 7101)

(Please refer to The statement of facts)

. Fraud (18 U.S.C. 1343).

//

. Deprivation of Rights (42 U.S.C § 1983)

//

. conspiracy (18 U.S.C. § 371)

//

**______________ Claim**

(*Name the law or right violated*: ______________)

(*Name the defendants who violated it*: ______________)

___. ______________

(Please refer to The statement of facts)

___. ______________

___. ______________

___. ______________

___. ______________

___. ______________

## DEMAND FOR RELIEF

[*State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.*]

Pain and suffering & loss of parental relationship & emotional distress & forcible Disappearance of a 3 years child from his father, [total compensation of (35 Millions Dollars)]

Revoking nevada family court fraud & illegal decrees,
Issuance of immediate Federal order to locate The child
Immediate Visitation rights to The child.
return The child to her Home country in united Arab Emirates
restore The child Birth name.

## DEMAND FOR JURY TRIAL

[*Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.*]

☒ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 11.25.2025 Sign Name: [signature]

Print Name: Alaa soliman Abou AlHeiyal

*[Copy this page and insert it where you need additional space.]*

____. __________

____. __________

____. __________

____. __________

____. __________

IN THE UNITED STATES FEDERAL COURT DISTRICT OF NEVADA

COMPLAINT FOR INTERNATIONAL CHILD TRAFFICKING, Child FORCED DISAPPEARANCE, FRAUD UPON THE COURT, CONSPIRACY, IDENTITY TAMPERING, AND VIOLATIONS OF DUE PROCESS , Proceeding of fraud decrees From The Nevada Family Court

Nevada Family Court Case Reference Number :

Nevada Family Court Case No: D-20-608031-D

Nevada Family Court Case No: D-23-677685-R

The Plaintiff:

Alaa Soliman Abou Alheiyal

Las Vegas , Nevada

1506 E Viking RD Apt 2

Email : Alaa.alheiyal@gmail.com

Phone No : 702-2896-780

Defendants:

(Party One):

1-Susan Jane Swensen- Las Vegas, Nevada represented by Robert stoffel law group – Las Vegas , Nevada

2- Robert Stoffel Law Group – Las Vegas, Nevada

3- McFarling Law Group – Las Vegas, Nevada

(Party Two):

4-Las Vegas Family Court / Eighth Judicial District Court – Family Division

(Also referred to as "Nevada Family Court") Las Vegas .Nevada

I. <u>JURISDICTION AND VENUE</u>

The Case Is Subject To The Jurisdiction of the U.S District Court In Nevada Based On

The Following :

Trafficking Victims Protection Act (TVPA) – 22 U.S.C. § 7101 et seq.

18 U.S.C. § 1204 – International Parental Kidnapping

18 U.S.C. § 1590 – Child Trafficking

18 U.S.C. §§ 1341–1343 – Fraud

42 U.S.C. § 1983 – Deprivation of Rights Under Color of Law

International Convention for the Protection of All Persons from Enforced Disappearance

Convention on the Rights of the Child (CRC)

The Jurisdiction is proper legally because the alleged acts constitute serious federal crimes:

International child trafficking

Enforced disappearance Of a Minor Child

Fraud of a state court

Conspiracy between private individuals and government officials

The venue for litigation is appropriate in the US court District of Nevada because:

The defendants reside or work within the state of Nevada.

The custody decisions and the fraudulent acts occurred within Nevada State Court

II. PARTIES

A. Plaintiff

Alaa Soliman Abou Alheiyal Is The Father Of The Child Evelena Sophia Abou Alheiyal, born and formerly residing in the United Arab Emirates until the age of three Years old

B. Defendants

Defendant Susan Jean Swensen is the person who removed the child from the UAE without her father's consent.

Robert Stoffel Law Group represented by Amanda Roberts provided legal services that supported the trafficking and smuggling of children through providing fraud information in front of the family court of Nevada and conceals official documents from the state court

McFarling Law Group participated in proceedings that relied on fraud information.

Nevada Family Court is responsible for issuing fraudulent decisions, which constitutes complicity in discrimination and violations.

## III. FACTUAL ALLEGATIONS

### A. Smuggling the Child from the UAE

The plaintiff alleges that Defendant Susan Jean Swensen smuggled the child
Evelina Sofia Abu Alheiyal
From the United Arab Emirates to the United States without her father's knowledge and without any court order or custody order issued by a UAE court.

The child was a full-time resident of the UAE, making the UAE the home state jurisdiction.

### B. Concealing the Child and Denying the Father Access to Her

The plaintiff alleges that the first defendant concealed the child's whereabouts and cut off communication, constituting enforced disappearance under international law.

The plaintiff was unable to travel to the United States because he did not have a visa at the time.

C. Collusion of Lawyers in Nevada

The plaintiff alleges that the Robert Stoffel Law Group and the McFarling Law Group:

Provided misleading information and documents and testimony.

Concealed the fact that the child was trafficked &concealing official documents

Contributed to establishing an illegitimate jurisdiction for the court.

These actions constitute Conspiracy to Traffic a Child under federal law.

D. Fraud of the Nevada Family Court

The plaintiff alleges that the Nevada Family Court accepted fraudulent Information ,Testimony , proceeded a fraud decree despite lacking jurisdiction and refused to acknowledge that:

The child is not a resident of the United States.

There is no UCCJEA jurisdiction.

The submitted documents were obtained fraudulently.

The court issued custody and protection orders based on Fraud Upon the Court.

E. Exporting Fraudulent decrees Abroad

The plaintiff alleges that the Nevada Family Court exported custody orders to the United Arab Emirates with the intent to:

Change the child's legal identity.

Conceal her original nationality.

Impose unlawful jurisdiction over a foreign citizen child by birth.

F. Issuing Unlawful Protection Orders, Anti obduction orders Resulting in Enforced Disappearance of the child from his father and family members

The court issued protection and prevention orders that were used to conceal the child and prevent her father from knowing whether she was alive or dead.

This constitutes Enforced Disappearance of a Minor, a grave violation of international law.

Violating a child's rights and preventing him from seeing his father is a crime punishable under the laws of the country where he was born and to which he belongs. This crime carries the severest penalties, including imprisonment and the removal of any Judicial immunity from the court.

The Nevada Family Court conducted fraudulent and illegal trials to terminate the plaintiff's paternity rights without any sound legal basis. which was proceeded in order to dismiss the case and cover up the court's fraudulent activities. This proves the court's subservience to human trafficking gangs, specifically the offices of Robert Stoffel and McFarling law group.

The defendants have politicized the case and leveled through directing false accusations against foreign governments for human rights violations and women rights violation, child rights violations, and terrorism. ( against the government of United Arab Emirates & Syrian Arab Republic )

IV. CAUSES OF ACTION

Count 1 – International Child Trafficking (22 U.S.C. § 7102)

Count 2 – International Parental Kidnapping (18 U.S.C. § 1204)

Count 3 – Conspiracy (18 U.S.C. § 371)

Count 4 – Fraud Upon the Court

Count 5 – Identity Tampering / Unlawful Alteration of Legal Status

Count 6 – Violation Of The Terms Condition of The acquiring The US Citizenship to the above mentioned child through changing her legal identity illegally through fraud Decree from The Family court of Nevada since the child is a foreign citizen by birth .

Count 7 – Enforced Disappearance (International Law)

Count 8 – Violations of Due Process (42 U.S.C. § 1983)

Count 9 – Intentional Infliction of Emotional Distress (IIED)

Count 10- illegal order to withdraw the plaintiff attorney by the Nevada family court due to conspiracy between Nevada family court and the defendant attorney after paying his fees in full by the plaintiff .

V. REQUESTED RELIEF

The plaintiff requests the court :

Revoking of all decisions of the Nevada Family Court in cases:

D-20-608031-D and D-23-678685-R

Issuance of an immediate federal order to locate the child immediately.

. Immediate visitation rights granted to the child's father.

.Return of the child to her father in her country of origin.

Revoking the US Citizenship from the child Evelena Abou Alheiyal Since The Terms And Conditions of granting the US citizenship has been violated illegally through fraud decree from the family court of Nevada

Order from the defendants monetary damages for:

Pain and suffering

Emotional distress

Loss of parental relationship

Legal and travel costs,

Total Compensation Amount Of = 35000000$ ( 35 Million US Dollars ) in Full

Legal Expenses of = 35000$ ( Thirty Five Thousand US Dollars )

Referral of the case for criminal investigation by the appropriate authorities, noting that the plaintiff submitted a criminal investigation request to the FBI in February 2025 and has not received a response.

Any additional damages deemed appropriate by the court

The plaintiff requests all the hearing and legal arguments in this case to be open to the public ( unsealed ) & Jury attendance .

VI. VERIFICATION

I . the undersigned acknowledge that all the facts stated in this complaint are true to the best of my knowledge and beliefs

Sign : [signature]

Name : Alaa SoliMan Abou AlHeiyal

Date : 11-25-2025.

DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway • Henderson, Nevada 89074
(702) 388-1216 • Fax: (702) 388-2514

## POINTS AND AUTHORITIES

### I. FACTUAL HISTORY

Mr. Alaa Soliman Abou Alheiyal,(hereinafter "Soliman") moves this court to seek justice and to reunite him with his daughter born, Evelena Sofia Abu Alheiyal (hereinafter "Evelena"), who was removed from the family home in the United Arab Emirates (U.A.E.) and wrongfully withheld from him by her mother, Susan Swensen, on February 20th, 2017.[1] Since then, Soliman has not been able to see Evelena, communicate with Evelena, or have Evelena visit him and her extended family in her home country.

**Couple meets, marries, and Evelena is born.**

In October of 2012, Soliman and Susan met at a party in the U.A.E. Susan told Soliman that she was a public school teacher in the USA and was deeply unhappy with life there because of her desire and inability to start a family. She found a better job opportunity in the U.A.E. and moved there to start a life.[2] Soliman told Susan that he was of Syrian origin and worked as an accountant at the General Motors agent in the Emirates. The couple married on August 15th, 2013 in the U.A.E. and welcomed baby girl, Evelena Sophia Abou Alheiyal, on

---

1 See Exhibit 1 "Affidavit of Alaa Soliman Abou Alheiyal"

2 See Exhibit 2 "Susan Swensen U.A.E. and USA Passport"

DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway • Henderson, Nevada 89074
(702) 388-1216 • Fax: (702) 388-2514

August 3rd, 2014. [3]

**Life in the U.A.E. for Evelena**

The family lived in a city called Al Ain, located about an hour away from Dubai and Abu Dhabi, the capital of the U.A.E. Although, Soliman would take Evelena to a daycare each day and pick her up around his work schedule, while Susan worked teaching during the days and teaching online lessons at night, both parties contributed to the care taking of Evelena. Soliman's family, his mother, father, and sisters, would look after and care for Evelena when she was ill and unable to go. Soliman and Susan did have minor disagreements, but there was never any abuse between the parties or Evelena.[4]

Susan would take Evelena and spend two and a half months of summer in the United States despite the fact that Soliman could not come because he did not have an American visa. From 2014 to 2015, Soliman began the immigration process that would enable him to follow Susan when she took the child. However, because of Susan's residency status in the U.A.E., he was unable to obtain a sponsor living and working full time in the USA as he had no connection to the USA other than through Susan and all evidence indicated that the family intended

---

3 See Exhibit 3 "Evelena's U.A.E. Birth Certificate"

4 See Exhibit 4 "Soliman U.A.E. Police Records Clearance"

DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway • Henderson, Nevada 89074
(702) 388-1216 • Fax: (702) 388-2514

to stay there. Thus, his application was denied in 2015.[5]

In October 2016, while Soliman was out of the country on a two-week trip, Susan informed him that she was suffering leg pain and she would go to a hospital to be examined. Soliman immediately began making arrangements with his family for the care of Susan and Evelena. When informed that Susan's condition was serious, Soliman attempted to change his return ticket to return as soon as possible, but the earliest return was the pre-booked ticket due to cultural festivals during that period. Soliman arranged for his family to stay with Susan and care for Evelena throughout the week-long hospital stay and he called daily to check on her condition.

**Susan leaves and take Evelena without Soliman's Knowledge**

February 20th, 2017 started off normally for Soliman. He took Evelena to daycare and picked her up at around 1:00 p.m. as he did each day. He left for work around 4:00 p.m., not knowing that this would be the last time he would see his daughter for 6 years and counting. Soliman returned from work around 8:00 p.m. to find Susan and Evelena gone. The week before, Susan told Soliman that she had an appointment on February 21st to renew her passport at the American Embassy in Abu Dhabi. She said that due to their distance from the embassy and her early appointment time, her plan was to go on the evening February 20th to sleep over

---

5 See Exhibit 5 "Soliman USA Visa Denial Documents"

DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway • Henderson, Nevada 89074
(702) 388-1216 • Fax: (702) 388-2514

at her friend's, Lisa Adamson, until after her appointment. When Soliman called her at noon on the 21st to check-in, her phone was off.

After calling her to no avail, he sent her a message on Facebook. Susan responded that her phone was broken and she and Evelena would be back in two days. They were not. Soliman's subsequent attempts to contact her failed. Trying to get any information about his wife and daughter's location, he sent several messages on Facebook that Susan would read, but not respond to. Desperately, he went to the police station to file a missing person report, but was told that 48 hours had to pass since last contact. He had no other options or means to contact his wife and child.

In the evening of February 23, 2017, Soliman received a call from the Abu Dhabi airport security department, inquiring why his car remained in the airport parking lot for two days. This both shocked and terrified Soliman as there was no reason for it to be there unless Susan brought it and there had been no discussion of her taking a trip, especially with Evelena.[6]

On his way to the airport, he received an email from Susan.[7] She told him that she had made the decision to leave him and the U.A.E. and that she had taken Evelena with her. She had not quit her job, closed any accounts, or gave any

---

[6] See Exhibit 6 "Susan and Evelena U.A.E. Departure Documents"

[7] See Exhibit 7 "Susan's Goodbye Email to Soliman"

DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway • Henderson, Nevada 89074
(702) 388-1216 • Fax: (702) 388-2514

indication that she was planing to leave.[8] She informed him that the separation could be permanent or temporary depending on him, despite the fact that she unilaterally took their child to a country that she knew that, at that time, he was unable to come to or visit their child. She mentioned that she had overheard Soliman say to their three-year-old that she would not be able to see mommy and that she would live with her grandmother, so she went ahead and did exactly what she was fearful he might do. She said she was sorry that Evelena had not been able to have a "proper goodbye" and that while she did not desire to keep Evelena from Soliman, it was a "difficult decision [she] had to make. " Despite her allegations, Susan presented no evidence of abuse of isolation from her daughter. Susan made no attempts to utilize the U.A.E. Courts under U.A.E. custody laws, which actually favor the mother retaining physical custody, before she decided it best to remove the Evelena from their home country altogether.

She told Soliman that if he wanted to contact the child that he had seen and helped raise daily since she was born, he would have to do it though her call via Skype, a program that does not work in the U.A.E. and has been intended for government use since 2018.[9] There were alternative video programs that Soliman

---

[8] See Exhibit 8 "Letter from Susan's Job Regarding Unexplained Absence"

[9] According to the official website of the Telecommunications and Digital Government Regulatory Authority for the U.A.E. The only two available Telecommunications Licensees in the U.A.E. are The Emirates Telecommunications Corporation - Etisalat and Emirates Integrated Telecommunication Company PJSC - du. See https://tdra.gov.ae/en/FAQs.

DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway • Henderson, Nevada 89074
(702) 388-1216 • Fax: (702) 388-2514

would later offer, but Susan refused to download them. Heartbroken and distraught, Soliman returned home to find that Susan had taken all of Evelena's official documents, including her passport and birth certificates, leaving Soliman with no documentation for the child and limited means for reconnecting with her.

Soliman now believes that while he intended to be together as a family, Susan actually came to the U.A.E. to pay off her loans in America and find a man whom she could help her pay her debts, have a child, and then flee to the United States with the child in her belief that after her escape, no one would be able to seek justice for Evelena and Soliman.

**Visa Struggles**

From 2017 to 2021, Soliman attempted to resolve his immigration troubles so that he could come across the globe and be reunited with his daughter. However, during this time period Syrian citizens faced difficulty obtaining a U.S. VISA due to the restrictions that were imposed by the U.S. State Department on entry. Susan made no attempts to assist with reconnecting Evelena and Soliman after she had separated them during this time.

In December 2019, Soliman asked Susan to return to the Emirates so that they could settle their matters and file for divorce.[10] He even offered that Evelena could stay with her in America, until she was old enough to decide where she

10 See Exhibit 9 "Facebook Messages between the parties Dec 2019 - Feb 2020"

DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway • Henderson, Nevada 89074
(702) 388-1216 • Fax: (702) 388-2514

wanted to live, so long as Susan allowed Soliman to be in her life, visit her, and let Evelena come visit her family in the U.A.E. Despite his repeated offers and attempts, Susan refused to come, telling him she wanted full custody of Evelena, to change her name, and for her to stay in America. Susan told him it was "not [her] fault that he can't travel anywhere" and that she would not be taking Evelena to a "Middle Eastern Country" despite that it is where she was born, and her family are, and her culture originates.

**Dueling Divorce Proceedings**

In April 2020, Soliman went to the family court in the U.A.E. to attempt to begin divorce and custody proceedings against Susan. He was informed by the court that he could not officially begin until he was able to produce a copy of Evelena's Birth Certificate and related documents, which Susan had taken. While Soliman began looking for those documents, in May 2020, Susan began divorce and custody proceedings here in Nevada.[11] In June 2020, attorney Amanda Roberts of Roberts Stoffel Family Law Group began contacting Soliman by phone and email service of process in the Nevada divorce proceedings and in his responses and communications with Susan, he informed them of his attempts to start the proceedings in the U.A.E.[12] Soliman and the Court in the U.A.E.

---

11 See Exhibit 10, "Susan's Complaint for Divorce and Custody"

12 See Exhibit 11, "Soliman, Susan, and Attorney Robert's Communication Exchanges"

DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway • Henderson, Nevada 89074
(702) 388-1216 • Fax: (702) 388-2514

proceedings made several attempts to contact Susan so that she could attend or answer in the U.A.E. divorce hearing when he was able to officially register the case for trial on July 17th, 2020.[13] Soliman asked the firm if Susan would provide her information to be served and appear.[14] She declined to respond and proceeded with her divorce matter here in Nevada and Soliman was served with the Nevada Divorce Documents on July 23rd, 2020 via email.[15] On August 6th, 2020 a default U.A.E. Decree of Divorce was issued for the parties.[16] The court was unable to make a custody determination because Soliman was unable to produce the child as was taken from the U.A.E. 3 years prior at that time. Soliman sent a copy of the U.A.E. Divorce Decree to Susan and Attorney Roberts on August 26th, 2020. [17]

The existence of the U.A.E. proceedings and subsequent Decree was apparently never mentioned or made available to the Honorable Judge in the Nevada proceedings. Thus, the Judge here in Nevada unknowing moved forward and in October 2020, entered a default Divorce and Custody judgment for Susan.[18]

---

[13] See Exhibit 12, "U.A.E. Case Registration"

[14] See Exhibit 13, "Soliman Request Attorney Roberts and Susan Respond to U.A.E. Divorce"

[15] See Exhibit 14, "Soliman served with Nevada Complaint"

[16] See Exhibit 15, "U.A.E. Divorce Decree"

[17] See Exhibit 16, "Notice to Susan and Roberts of U.A.E. Divorce Decree"

[18] See Exhibit 17, "Nevada Default"

DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway • Henderson, Nevada 89074
(702) 388-1216 • Fax: (702) 388-2514

The Nevada default Divorce Decree, issued on March 23rd, 2021, "divorced" the parties, even though they had already been divorced under the U.A.E. Decree.[19] The Nevada default Decree granted joint legal custody of Evelena to the parties, with Susan having the authorization to make decisions without Soliman's consent, including international travel with the child. The Nevada default Divorce Decree granted Susan primary physical custody of Evelena, ordering that Soliman have no visitation rights. Notably, it ordered that Evelena's last name be changed from her birth name, Alheiyal, to Susan's last name, Swensen, further disconnecting the child from her paternal family and cultural. Susan made this change to Evelena's last name despite strong repeated objection from Soliman and their agreement at Evelena's birth that Susan could choose her first name after her maternal side and Soliman would give the child his last name. By removing Soliman's last name from Evelena, she effectively stripped Soliman of the right to paternity in the UAE by making it more difficult to obtain her information and birth certificate which would aid in his efforts to relocate her and begin custody proceedings in the U.A.E.

**Arriving in America and Attempts to See Evelena**

A world away from his daughter, Soliman restarted the process of obtaining

---

[19] See Exhibit 18, "Nevada default Divorce Decree and Custody Order"

DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway • Henderson, Nevada 89074
(702) 388-1216 • Fax: (702) 388-2514

a U.S. Visa in efforts to see her. Fortunately, this time it was granted. Sacrificing his job, home, and family to seek reunification with his daughter, Soliman arrived in Las Vegas on December 7th, 2021 and begin working on how he could be with her.

On December 17th, 2021, Soliman, acting prose, filed a Motion for Kidnapping the Common Child from Outside the USA with the courts, in efforts to get some legal aid on reconciling with his daughter.[20] The Motion was scheduled for a hearing on January 27th, 2022, but the motion was denied and hearing cancelled on January 25th because Soliman, unfamiliar with the laws or service of process in the US, failed to properly serve Susan or her attorney.[21]

Determined to not give up on his daughter, Soliman filed a second Motion In Proper Person for Kidnapping against Susan on January 26th, 2022 in a desperate attempt to find recourse.[22] Susan, via Michael Burton of the McFarling Law Group, filed an opposition on February 15th, 2022 which inaccurately described the status of the parties as Soliman having abandoned Susan and Evelena when she was sick and claiming he was derelict in seeking reunification with Evelena, despite his repeated attempted since Susan took Evelena from the U.A.E. without

---

[20] See Exhibit 19, "Soliman's December 17th Motion for Kidnapping"

[21] See Exhibit 20, "Order denying December 17th Motion for Kidnapping"

[22] See Exhibit 21, "Soliman's January 27th Motion for Kidnapping"

DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway • Henderson, Nevada 89074
(702) 388-1216 • Fax: (702) 388-2514

telling Soliman.[23] The Court found that Soliman, who was acting In Proper Person and was unfamiliar with the laws or court proceedings in the U.S., had not adequately plead grounds to modify custody and denied his motion on March 11th, 2022.[24]

Not deterred, he filed a FMC Request and Order for Mediation with the courts on April 11th, 2022.[25] Curiously, later that month Soliman received an email with a filed Temporary Restraining Order filed April 15th, 2022, four days after his mediation request. The order was for Susan and Evelena against him for a period of one year issued in the State of Arizona, where Susan now claimed to reside, despite not having reported a change of address to the Nevada Welfare Department or Court.[26] The order prevented Soliman from contacting either Susan or Evelena, despite the fact that he has never been to Arizona, had no contact with Susan in Arizona, and to his knowledge and her February 15th Opposition motion, she was a resident of the State of Nevada at that time.

Soliman seeks to be reunited with his daughter after 6 long years despite making every effort. She has not seen her family or learned of her home culture. In spite of claiming to not want to withhold Evelena from Soliman, Susan has

---

[23] See Exhibit 22, "Opposition to Soliman's January 27th Motion for Kidnapping"

[24] See Exhibit 23, "Order denying Soliman's January 27th Motion for Kidnapping"

[25] See Exhibit 23, "Soliman's Family Mediation Center Request"

[26] See Exhibit 25, "Email with filed AZ Restraining Order"

DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway • Henderson, Nevada 89074
(702) 388-1216 • Fax: (702) 388-2514

taken every step necessary to ensure that result, including taking her across the world to a foreign country that she knew Evelena's father did not have access to, changing her name, and refusing to allow her to even visit her father or her grandparents and aunts, and opposing every legal proceeding he commences to be reunited with her. Soliman does not know where his daughter currently is. Soliman prays this Court grant him relief by helping him to locate and be reunited with his daughter.

## II. <u>LEGAL ARGUMENTS:</u>

### A. THE DEFAULT NEVADA DIVORCE DECREE ISSUED ON MARCH 23RD, 2021 SHOULD BE SET ASIDE AND THE CHILD SHOULD BE PRODUCED AND RETURNED TO THE UNITED ARAB EMIRATES.

The original custody determination was made in the March 2021 Nevada Divorce Decree, issued after the August 6th, 2020 U.A.E. The Defendant contends that any language in the Nevada Divorce Decree referencing the parties marital status, assets, or distribution thereof, should be set aside.

The Defendant's overall contention is that a custody determination should never have been made in Nevada at all considering the child was only present here because of her unlawful removal from the U.A.E. The Defendant requests that this court order the immediate return of the child to the U.A.E. to make a custody determination.

DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway • Henderson, Nevada 89074
(702) 388-1216 • Fax: (702) 388-2514

Defendant is currently unaware of where the Plaintiff and Evelena are. Based on the last official proceeding in Nevada, the Motion for Kidnapping Opposition, the resident of the Plaintiff was somewhere is Nevada. Shortly thereafter, Soliman received the Arizona restraining order, a fugitive document where Plaintiff claimed Arizona to be the resident state of Evelena, despite NRS 125C.006 requiring the parent with primary physical custody to obtain consent from non-custodial parent to relocate child when moving, which she had not done. Plaintiff has not provided this information and may have removed the child to Arizona in violation of NRS 125C.007. If though its investigation, the court finds that the child has been unlawfully removed from Nevada, the Defendant asks that under NRS 125C.0075 the court not consider any circumstance or facts regarding Evelena's welfare post her relocation and award the Defendant attorney's fees and costs for having to use the judicial system to locate his daughter, once again.

Thus, given the original unlawful removal of the child from the U.A.E., the efforts the Plaintiff expended to conceal the child, and the wrongful depravation of visitation rights, and the Defendant's current inability to locate either the Plaintiff or the Child, the Defendant moves this court to order to immediate production of the child under NRS 125C.0055 and return of the child to his Custody and to the U.A.E. so that the parties have a opportunity to be heard and a custody determination made in the best interest of the child, under the laws of