x FILED RECEIVED
ENTERED SERVED ON
04/06/2026
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

IN THE UNITED STATES DISTRICT COURT OF NEVADA

Alaa Soliman Abou Alheiyal Case No: 2:25-CV-02352-GMN-MDC

1506 E Viking RD APT #2

Las Vegas . NV

Phone No :702-2896-780

Email : Alaa.alheiyal@gmail.com

## Certificate of interested parties & brief of the case

Now the plaintiff pro se Alaa soliman Abou Alheiyal presents a brief for the case and determination of legal responsibilities against the opposite parties .

## Cause of the Action :

(child trafficking &selling through changing the legal identity In Nevada Family Court through fraud and forgery by the second parties

including the conspiracy between individuals and attorney groups with government officials in the state of Nevada through proceeding fraud and forged decrees from Nevada family court accompanied with forced disappearance of a foreign citizen child by birth from his father & legal guardian ) and his family members .

Nevada Family Court Case References :

( Nevada family court case : D-20-608031-D )

( Nevada Family Court Case : D-23-677685-R )

( Nevada Family Court case : D-24-700624-V. )

The case incident begins with trafficking a foreign citizen child Evelena Sophia Abou Alheiyal from United Arab Emirates which is the home country of the child the place where the child born and lived with her family before trafficking her without the knowledge of her father and legal guardian of the child by law in 2017

The child has been trafficked and kidnapped from the United Arab Emirates to the state of Arizona without his father ( legal guardian by law ) by the principal defendant ( Susan Jane Swensen ) moving with the child to state of Nevada in order to proceed an fraud and forged decree to change the legal identity of the victim child and forcibly disappeared the child from his father and legal guardian by law and constitution of the foreign country we're both of them belongs to due to the strong influence of fraudsters attorney groups on the family court and on the supreme court of Nevada unlike the professional judicial system in the state of Arizona .

Proceeding fraud decrees from Nevada family court through fraud and forgery and perjury without any proper investigation or proper jurisdictions or proper authority or proper legal ground

The principal defendant ( Susan Jane Swensen ) moved with the child from the state of Arizona to the state of Nevada once she heard that in Nevada State there is a fraudsters attorney group who has a strong influence on Nevada judicial system they will be able to proceed An official decree based on fraud from Nevada family court without proper investigations and through perjury and without proper authorities and proper jurisdictions but only through their strong influence and strong connections in Nevada family court

{Reference case no : D-20-608031-D }

The attorney group Robert Stoffel submitted a fraud and forged information to Nevada family court in order to proceed a fraud decree from Nevada ruling to divorce a divorced couple and change the legal identity of the child who is a foreign citizen by birth and law without permission from the father and the legal guardian of the child and without following any proper legal investigation and communications with father of the child or with the United States department of state or their foreign country authorities. Due to the strong influence and connections of this attorneys group on the Nevada family court and Nevada state judicial system .

The father and the exclusive legal guardian of the child by law ( Alaa Soliman Abou Alheiyal ) was unable to follow the child right away to the United States due to some issues with his entry visa in 2017 .

**A- The fraud decree & orders from Nevada family court**

The attorney of the principal defendant ( Robert stoffel family law group proceeded illegal decree based on fraud and perjury on behalf of the principal defendant upon her request by using their influence power and connections inside the family court of Nevada based on perjury without following any proper investigation and without proper jurisdiction and authorities on the parties of the dispute .

The attorney of the principal defendant contacted the plaintiff during the proceeding of fraud decree from Nevada family court , the principal defendant attorney received the divorce decree from the plaintiff but she insisted on proceeding a fraud decree against the plaintiff and his child from Nevada family court using her power and connections inside the Nevada family court .

The Nevada family court issued a fraud decree on : 03/25/2021 divorcing a divorced couple ordering to change the child name illegally through fraud and through the strong influence of fraud gangsters attorneys on the Nevada family court .

## B- The invalid and improper jurisdiction on the dispute parties

The family court in Nevada proceeded a fraud and illegal decree on foreigners in a foreign country who have never stepped foot in the United States or have been subjected to any of the United States at the time of proceeding the fraud decree against him from Nevada family court .

The jurisdiction of the family court in Nevada on the child Evelena Sophia Abou alheiyal is invalid and illegal since the is a foreign citizen by birth the child has been kidnapped from her home country without a legal authorization from the child father and legal guardian and without a court order from the foreign court from the child home court .

. The father of the child is the legal guardian of the child by the law and constitution of the foreign court where both of them belong .

The father and the legal guardian of the child haven't authorized any legal party or a state court or any other state to take over his legal role as a legal guardian for the child .

Since the child is a foreign citizen by birth and identity changing her legal identity through fraud .

## C- The invalid and illegal (United States citizenship of the child)

The child Evelena Sophia Abou alheiyal received the United States citizenship from the United States embassy in Abu Dhabi United Arab Emirates citizenship based on the official documents from her home country as a foreign citizen and based on her legal identity from her home country based on official approval from her father and legal guardian to issue a United States passport on her legal identity.

Changing the child legal identity without an official approval from her father and legal guardian and her home country authorities is illegal and fraud

The illegal and fraud proceeding of changing the child Entire legal identity in order to forcibly disappear the child from his father and without official approval from the father and legal guardian by law results in fraud and forgery , were such decree should be revoked along with the citizenship of the United States of the child due to the fraud and forgery in such illegal proceedings .

**D- The arrival of the child's father to the United States and the illegal and the racist proceeding in Nevada family court .**

The father of the child Evelena Sophia abou alheiyal arrived to the United States in December/2021 begin his proceeding in Nevada

family court he Filed a motion against the court fraud decree to request a hearing claimed that the child

Was kidnapped from a foreign court and requested a vacate for the fraud decrees in addition to the visitation to the child the hearing was scheduled on 03/10/2022 the Nevada family court vacated his hearing before the scheduled day due to the illegal and strong influence of the fraudsters defendant attorneys on the family court in Nevada .

The court ordered an illegal and fraud protection order against the father of the child based on fraud and forgery in Nevada family court to prevent the father from reaching his child .

Where such orders are not permitted from Nevada family court authority or any other court and authorities since it is based on fraud and forgery .

Later on The father of the child filed a second motion through his attorney Robert Dempsey law group , the family court in Nevada ordered an illegal withdrawal of the attorney when the plaintiff attorney clarified all the facts about the case and when the family court in Nevada realized that they were involved in a fraud and forgery through an attorney who has influence on the court .

Later on The father filed a third motion requesting to see his child . His motion has been rejected due to the same reason of the strong influence of fraud and forgery gangsters attorneys on the family court of Nevada

The court proceeded with an illegal and fraud trial of termination of parental rights without any proper legal grounds and without proper authority.

The Second Party Filed A Case For Termination Of Parental Rights Against The Father And Legal guardian without any proper Legal Ground And Without Any Proper Jurisdiction or authority

The Father And Legal Guardian Of The Child Requested In A Multiple Times From Nevada Family Court The Legal Ground and The Authority For Such A Trial Since The Father and the child are a foreign citizens By Law and the parental relationship doesn't subject to any laws from The United states .

the parental relationship is irrevocable relationship by the father and the child foreign country laws and can't be revoked by any law or authority

The Court Have failed To Provide any legal ground or authority but they still insisted On Proceeding The Trial where such proceeding falls Under Fraud and confirms that the

Nevada family court is Under The Control and Influence Of Fraud gangsters attorneys

**The plaintiff is requesting the compensation of the damages according to his first motion in this court which is estimated as a 35 million dollars as follow :**

Susan Jane Swenson ( 33.3% )

Robert stoffel law group & mcfarling law group ( 33.3% )

Nevada family court (33.3% )

Alaa Soliman Abou Alheiyal

04-03-2026