

_X_ FILED    ___ RECEIVED
___ ENTERED    ___ SERVED ON

06/09/2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY:_____ DEPUTY

## Certificate of E-Service

Pursuant to N.R.C.P.5(b). I hereby certify that I am the plaintiff Alaa Soliman Abou Alheiyal and that service for the summons and the certificate of the interested parties of the case No : 2:25-CV-02352 to the defendant : Susan Jane Swensen

Has been made by E-Service through the odyssey system of the Clark county ,Nevada ,Eight Judicial District Court E-System and which has been Filed On : 04-11-2026 .

Susie.Swensen@gmail.com

And Via Certified Mail through the U.S Postal Service To The Following Address :

Susan Swensen

6965 Skyline Blue ST

North Las Vegas ,NV, 89086

Alaa Soliman Abou Alheiyal

06-07-2026