**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**CONSENT FOR ELECTRONIC SERVICE OF DOCUMENTS**



I, <u>SUSAN JANE SWENSEN</u>, am representing myself and ___
(Print Full Name)
consent to receive electronic notices of filings and/or delivery of documents by email.

I am providing my email address for the purpose of sending me electronic notice of any Order or other filing in my case with a link to the filed document. I understand that hard (paper) copies of orders will no longer be sent to me by the Court.

I understand that if my email or mailing address changes, it is my responsibility to notify the Court in writing of my new email or mailing address.

I understand that email filters (SPAM filters) may interfere with my receipt of email notifications and I will ensure that my email will not filter out messages from **cmecf@nvd.uscourts.gov**.

I have already registered *or* will immediately register for a PACER account (Public Access to Court Electronic Records).

I understand that consenting to service by email does not authorize me to file my documents electronically. I may request the court's authorization to register as an electronic filer by filing a separate written motion request (LR IC 2-1(b)).

Date: <u>6-23-26</u>                    <u>           </u>
                                          Signature

Email Address (Please print legibly):

<u>Susie.Swensen@gmail.com</u>

Confirm Email Address:

<u>Susie.Swensen@gmail.com</u>

Mailing Address:

<u>PO BOX 2743 - ~~Reno~~ 2005002, CARSON CITY, NV 89702</u>

Telephone Number:

<u>NEVADA CAP PARTICIPANT</u>

Case Number(s):

<u>2:25-CV-02352-GMN-MDC</u>