Alaa soliman Abou Alheiyal

1506 E Viking Rd # 2

Las Vegas ,NV,89119

Email:Alaa.Alheiyal@gmail.com


<u>United States District Court of Nevada</u>


Alaa soliman Abou Alheiyal        )        Case No: 2:25-CV-02352-GMN-MDC

                                  )

Plaintiff ,                       )

                                  )

  1- Susan Jane Swensen     )
  2- Nevada family court     )
  3- Robert stoffel law group  )
  4- Mcfarling law group      )


Defendants ,


<u>Plaintiff Motion to opposite the dismissal request by the defendant</u>


The plaintiff admitted to the united states court district of Nevada to file a case against the defendants who are identified above but unfortunately

1/3

The plaintiff Have Never received the summons form with the other case forms pocket from this court clerk when he requested the forms to file a case in the United States District Court of Nevada  .

The plaintiff served all the defendants parties above by mail On : 04-11-2026  and through the odyssey system Nevada Clark County E– serving system odyssey on : 04-11-2026 .

Pursuant to NRCP 5 (b)

Which is  the same email address mentioned in the defendant motion to dismiss in this court . ( Susie.swensen@gmail.com ) .

The Certificate Of Service To All The Defendants Parties Has Been Filed In This Court Previously by the plaintiff .

The Attorney on file who represented the defendant in the clark county family court of Nevada received the physical case documents by mail on : 04-11-2026  Since the defendant Susan Jane Swensen is maintaining a confidential address through the Clark County state of Nevada ( CAP) and her actual physical address is unknown to the plaintiff .

 The Plaintiff Requests this honorable court to continue the proceeding by moving forward with the case proceedings

## Conclusion

The defendants parties the above 4 defendants have committed a (fraud , forgery ,Corruption, perjury ) in addition to Their criminal behaviour of forcible disappearance from a foreign citizen child ,which is the cause of the plaintiff action the defendants is concerned to avoid bringing this case before this court to the federal level to avoid any scandals at the minimum

Dated : 06-28-2026

**Alaa Soliman Abou Alheiyal**

**Pro Se Plaintiff**

06-28-2026

## CERTIFICATE OF SERVICE

I certify that on the ___06___ day of ___29___ , ___2026___ , I served a copy of this completed docketing statement upon all counsel of record:

☐ By personally serving it upon him/her; or

☒ By mailing it by first class mail with sufficient postage prepaid to the following address(es): (NOTE: If all names and addresses cannot fit below, please list names below and attach a separate sheet with the addresses.)

Susan Swensen
CAP ID: 2005002 .
Po Box : 2743.
Carson City, NV, 89702-2743

Dated this ___06___ day of ___29___ , ___2026___

Signature _____