Alaa Soliman Abou Alheiyal

1506 E Viking RD #2

Las Vegas , NV,89119

Email: Alaa.Alheiyal@gmail.com


United States District Court Of Nevada


Alaa Soliman Abou Alheiyal

Plaintiff

V

Susan Jane Swensen   )                    Case No : 2:25-CV-02352

Robert Stoffel Law Group )          Plaintiff Reply to the dismiss request Claiming
                                                        Falsely that they haven't been served

Mcfarling Law Group )

Eight Judicial District – Nevada Family Court )

All The defendants above are pushing many attempts to dismiss the case and remove it from the federal level since all of them are partners in (fraud , forgery, perjury, corruption ) .

The case has been filed with this court prior to the withdrawal of the defendant attorney on : 11-25-2025 , the attorney of the defendant has been served as a defendant and as the attorney for the first defendant on the : 04-11-2026 .

The first defendant is owning a confidential address which is unknown to the plaintiff The reason of owning a confidential address is related to the current case in this court .

the first defendant has been served on :04-11-2026 through the odyssey system through the Clark county of the state of Nevada .

since the other defendants in this case granted a confidential address for the defendant then it should not be the plaintiff can only serve her through the available service channels .

the defendant have already confirmed receiving the case documents which is clear from her motion to dismiss,  but the other defendant are pushing her to request dismissal for the reason mentioned above ( fraud , forgery ,perjury , corruption ) that they are partners in it .

Alaa Soliman Abou Alheiyal

07-08-2026