## CERTIFICATE OF SERVICE

I certify that on the _07_ day of _09 -_ , _2026_ , I served a copy of this completed docketing statement upon all counsel of record: ( *Reply to Dismiss Request* )

☐ By personally serving it upon him/her; or

☒ By mailing it by first class mail with sufficient postage prepaid to the following address(es): (NOTE: If all names and addresses cannot fit below, please list names below and attach a separate sheet with the addresses.)

Susan Jane Swenson : CAP ID # 2005002, P.o Box : 2743, Carson city, NV, 89702-2743

Robert Stoffel Law Group : 4411 S Pecos Rd, Las Vegas, NV, 89121.

Mc farling Law Group : 6230 W Desert Inn Rd, Las Vegas, NV, 89146.

Nevada family court : 601 N Pecos Rd, Las Vegas, NV, 89155 .

Dated this _07_ day of _09_ , _2026_

_____
Signature

## CERTIFICATE OF SERVICE

I certify that on the ___07___ day of ___09___, _2026_, I served a copy of this completed docketing statement upon all counsel of record: {Points & authorities)

☐ By personally serving it upon him/her; or

☒ By mailing it by first class mail with sufficient postage prepaid to the following address(es): (NOTE: If all names and addresses cannot fit below, please list names below and attach a separate sheet with the addresses.)

ⓐSusan Jane Swensen : CAP ID # 2005002, P.o Box: 2743, carson city, NV 89702-2743.

Robert Stoffel law Group: 4411 S Pecos Rd, Las Vegas, NV, 89121.

Mc farling law Group: 6230 W Desert inn Rd, Las Vegas, NV, 89146.

Nevada family court: 601 N Pecos Rd, Las Vegas, NV, 89155

Dated this ___07___ day of ___09___, _2026_

_____
Signature