**From:** no-reply@efilingmail.tylertech.cloud <no-reply@efilingmail.tylertech.cloud>
**Sent:** Saturday, April 11, 2026 1:48:48 PM
**To:** alaa.alheiyal@gmail.com <alaa.alheiyal@gmail.com>
**Subject:** Filing Accepted for Case: D-23-677685-R; *********; Envelope
Number: 17758871



## Filing Accepted

Envelope Number: 17758871
Case Number: D-23-677685-R
Case Style: *********

The filing below was accepted through the eFiling system. You may access the file stamped copy of the document filed by clicking on the below link.

| Filing Details | |
|---|---|
| Court | Clark District Family Domestic |
| Case Number | D-23-677685-R |
| Case Style | ********* |
| Date/Time Submitted | 4/11/2026 1:46 PM PST |
| Date/Time Accepted | 4/11/2026 1:48 PM PST |
| Accepted Comments | Auto Review Accepted |
| Filing Type | Notice - NOTC (FAM) |
| Filing Description | Notice of action against the court fraud |
| Activity Requested | EFile |
| Filed By | Aladdin Abou Alheiyal |
| Filing Attorney | |

| **Document Details** | |
|---|---|
| **Lead Document** | Action in federal court .pdf |
| **Lead Document Page Count** | 25 |
| **File Stamped Copy** | Download Document |

This link is active for 548 days. To access this document, you will be required to enter your email address. Click here for more information.

**Please Note:** If you have not already done so, be sure to add yourself as a service contact on this case in order to receive eService.

For technical assistance, contact your service provider



ODYSSEY **eFileNV**

Need Help? Help

No Lawyer? Start Here
Visit: https://nevada.tylertech.cloud/
Email:efiling.support@tylertech.com

Please do not reply to this email. It was automatically generated.