# CERTIFICATE OF SERVICE

I certify that on the _07_ day of _21_, _2026_, I served a copy of this completed docketing statement upon all counsel of record:

☐ By personally serving it upon him/her; or

☒ By mailing it by first class mail with sufficient postage prepaid to the following address(es): (NOTE: If all names and addresses cannot fit below, please list names below and attach a separate sheet with the addresses.)

Susan Swensen (Serving Proof of electronic service confirmation)
CAP Id: 2005002 - P.o Box 2743
Carson City, NV, 89702-2743

Dated this _07_ day of _21_, _2026_

_____
Signature